IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IRINA CHERN AND ZHANNA
PILIPOVSKY,

Plaintiffs

v.                                                 CIVIL 96-2095 (SEC)

CARNICON, INC. AND CIGNA
INSURANCE COMPANY OF PUERTO
RICO (CIGNA)

Defendants

---

## O R D E R

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion Requesting Withdrawal of Non-Resident Bond, 9-24-99. | 43 | Granted. |

In San Juan, Puerto Rico, this 28th day of September, 1999.

JUSTO ARENAS
United States Magistrate Judge

s/a: Guillermard

cc: Finance 9/29/99